**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

VEHICLE MARKET RESEARCH, INC.,

Plaintiff,

v.

MITCHELL INTERNATIONAL, INC.,

Defendant.

Civil Action No. 2:09-cv-02518-JAR-GLR

**PLAINTIFF'S MOTION TO EXCLUDE**
**THE EXPERT TESTIMONY OF J. TODD TRIVETT**

Comes now Plaintiff Vehicle Market Research, Inc. ("VMR") and respectfully asks that this Court enter its order precluding Mitchell's expert, J. Todd Trivett, from testifying. Mr. Trivett was retained to ascertain whether Mitchell's new total loss product utilized the same software source code as VMR's total loss product. It became apparent early in the litigation that Mitchell's subsequent total loss product is written in a different software language, which VMR does not dispute. Therefore, VMR does not take issue with the reliability of Mr. Trivett's opinion or his qualifications to offer such an expert opinion. However, because the question regarding the source code was resolved and is no longer an issue in this lawsuit (*see* ECF 99, Pretrial Order), Mr. Trivett's testimony is irrelevant and therefore inadmissible. Fed. R. Evid. 402, 702.

Dated this 15th day of March, 2012.

*/s/ Emmanuel N. Ayuk*
Attorney for Plaintiff Vehicle Market Research, Inc.

**CERTIFICATE OF SERVICE**

The undersigned Attorney hereby certifies that on this 15th day of March, 2012, a copy of the foregoing was filed with the Clerk using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to the following ECF registered counsel of record:

Scott T. Schutte, IL #6230227
Tedd M. Warden, IL #6297897
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: (312) 324-1000
Fax: (312) 324-1001
sschutte@morganlewis.com
twarden@morganlewis.com

Anthony J. Durone, KS # 17492
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
ADurone@bowse-law.com

*/s/ Emmanuel N. Ayuk*
Attorney for Plaintiff Vehicle Market Research, Inc.