**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| VEHICLE MARKET RESEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MITCHELL INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 2:09-cv-02518-JAR-GLR |

**PLAINTIFF'S MOTION TO EXCLUDE**
**<u>THE EXPERT TESTIMONY OF LARRY C. NILSON</u>**

Pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 150 (1999), Plaintiff Vehicle Market Research, Inc. ("VMR") hereby moves to exclude the expert testimony of Defendant's expert Larry C. Nilson. The grounds for this Motion are set forth in VMR's Brief and evidence in support of Plaintiff's Motion to Exclude the Expert Testimony of Larry C. Nilson, filed contemporaneously herewith.

Dated this 15th day of March, 2012.

*<u>/s/ Emmanuel N. Ayuk</u>*
Attorney for Plaintiff Vehicle Market Research, Inc.

**CERTIFICATE OF SERVICE**

The undersigned Attorney hereby certifies that on this 15th day of March, 2012, a copy of the foregoing was filed with the Clerk using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to the following ECF registered counsel of record:

Scott T. Schutte, IL #6230227
Tedd M. Warden, IL #6297897
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel: (312) 324-1000
Fax: (312) 324-1001
sschutte@morganlewis.com
twarden@morganlewis.com

Anthony J. Durone, KS # 17492
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Tel: (816) 561-7007
Fax: (816) 561-1888
ADurone@bowse-law.com

*/s/ Emmanuel N. Ayuk*
Attorney for Plaintiff Vehicle Market Research, Inc.



DB04/835236.0002_0001/5858888.1DD02